## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

IN RE:                                        )    CASE NO: 17-43691-659
KEVIN L DAWKINS                               )    Chapter 13
GYVONNE A DAWKINS                             )
                                              )    Re: Objection to Claim 15 filed by
                                              )        CAVALRY SPV I LLC
                                              )        Acct: 9265
                                              )        Amount: $450.06
                        Debtors               )        Response Due: October 20, 2017
                                              )

### TRUSTEE'S OBJECTION TO CLAIM 15

**THIS OBJECTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE OBJECTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE OBJECTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE OBJECTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE OBJECTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

COMES NOW Diana S. Daugherty, Standing Chapter 13 Trustee in Bankruptcy, and for her objection to claim states as follows:

The claim of CAVALRY SPV I LLC dated September 19, 2017, should be denied as filed because the Clerk's docket entry indicates that a claim #15 was filed but the entry is not accompanied by a Proof of Claim form. The Trustee requests determination that no claim #15 has been filed.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

Dated: September 29, 2017                      /s/ Diana S. Daugherty
                                              Diana S. Daugherty
OBJCLM--AC                                    Standing Chapter 13 Trustee
                                              P.O. Box 430908
                                              St. Louis, MO  63143
                                              (314) 781-8100  Fax: (314) 781-8881
                                              trust33@ch13stl.com

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of September 29, 2017.

                                                                        /s/ Diana S. Daugherty

KEVIN L DAWKINS                              CAVALRY SPV I LLC
GYVONNE A DAWKINS                            PO BOX 27288
6937 BIRDIE LN                               C/O CAVALRY PORTFOLIO SVCS
SAINT LOUIS, MO  63129-5407                  TEMPE, AZ  85285

MICHAEL E DOYEL LLC                          CAVALRY SPV I LLC
10820 SUNSET OFFICE DR                       3936 E FORT LOWELL RD #200
STE 124                                      C/O BASS & ASSOCIATES
ST LOUIS, MO  63127                          TUCSON, AZ  85712