UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Case No: 17-43691-659  Chapter 13 |
| ) | |
| **KEVIN L DAWKINS** ) | |
| **GYVONNE A DAWKINS** ) | |
| ) | |
| **Debtors** ) | |
| ) | |

### TRUSTEE'S WITHDRAWAL OF OBJECTION TO CLAIM

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and withdraws her Objection To Claim dated September 29, 2017, to claim 15 filed on behalf of CAVALRY SPV I LLC.

Dated: October 06, 2017
WDOCLM--AC

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of 10/6/2017.

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee

KEVIN L DAWKINS
GYVONNE A DAWKINS
6937 BIRDIE LN
SAINT LOUIS, MO  63129-5407

CAVALRY SPV I LLC
3936 E FORT LOWELL RD #200
C/O BASS & ASSOCIATES
TUCSON, AZ  85712

MICHAEL E DOYEL LLC
10820 SUNSET OFFICE DR
STE 124
ST LOUIS, MO  63127